ACCEPTED
04-15-00340-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/6/2015 12:00:00 AM
KEITH HOTTLE
CLERK

**From,**

Hari Prasad Kalakonda
Latha Kalakonda
5002, Newcastle Ln,
San Antonio, Texas – 78249
Tel: 210 687 4988
email: smfoodmart@yahoo.com

Date: July 5th 2015

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
7/5/2015 5:03:55 PM
KEITH E. HOTTLE
Clerk

**To**
Mr. Keith E. Hottle
Clerk of Fourth Court of Appeals
Cadena-Reeves Justice Center
300, Dolorosa, Ste. 3200
San Antonio, TX - 78205

Ref:    1. Cause No: 2015CI01910, *Aspri Investments, LLC v. Shubha, LLC et al.,* 37th District Court, Bexar County Texas.

Dear Mr. Hottle,

Please find enclosed Second Amended Notice of appeal correcting the type of appeal to interlocutory appeal. A copy of this letter is served on all the parties as per Tex.R.App.P.25.1 (e) on the same day that this letter is served to the addressee.

Sincerely,

/s/ Hari Prasad Kalakonda
/s/ Latha Kalakonda

Hari Prasad Kalakonda
Latha Kalakonda

Encl:  Notice of Appeal
Cc:    Mr. Eric Lipper, *via EService*
       Mr. Frederick Fuhr, *via EService*

CAUSE NO. 2015CI01910

ASPRI INVESTMENTS, LLC      §      IN THE DISTRICT COURT
Plaintiff,      §
     §
V.      §      BEXAR COUNTY, T E X A S
     §
SHUBHA, LLC,      §
HARI PRASAD KALAKONDA AND      §      37th DISTRICT COURT
LATHA KALAKONDA      §
Defendants.      §

## SECOND AMENDED NOTICE OF APPEAL (INTERLOCUTORY)

Pursuant to Texas Rules of Appellate Procedure 25.1(a), Defendants Hari Prasad Kalakonda and Latha Kalakonda gives notice of interlocutory appeal from the order signed on April 13th, 2015, by the Honorable Judge Karen H. Pozza, in Cause No. 2015CI01910, *Aspri Investments, LLC v. Shubha, LLC et al.,* in the 37th Judicial District Court, Bexar County, Texas, to the Fourth Court of Appeals in San Antonio, Texas.  The appeal is interlocutory and hence accelerated.  The appeal is not parental termination or child protection case Tex.R.App.P.25.1 (d) (6).

Respectfully Submitted

/s/ Hari Prasad Kalakonda
/s/ Latha Kalakonda

Hari Prasad Kalakonda
Latha Kalakonda
5002, Newcastle Ln,
San Antonio, Texas – 78249
Tel: 210 687 4988
email: smfoodmart@yahoo.com